IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TODD JEFFREY GATES,<br>    Petitioner,<br><br>v.<br><br>CHRISTOPHER GORDY, *et al.*,<br>    Respondents. | )<br>)<br>)<br>)<br>)   CIVIL ACTION: 1:21-00237-KD-B<br>)<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 2, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Todd Jeffrey Gates' 28 U.S.C. § 2254 petition for writ of habeas corpus is **DISMISSED** without prejudice due to his failure to comply with 28 U.S.C.§ 2244(b)(3)(A); and further, that the Petitioner is not entitled to a certificate of appealability, and thus, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **2nd** day of **July 2021.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**