IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TODD JEFFREY GATES,** )<br>   Petitioner, )<br>   )<br>**v.** )<br>   )   CIVIL ACTION: 1:21-00237-KD-B<br>**CHRISTOPHER GORDY,** *et al.*, )<br>   Respondents. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner Todd Jeffrey Gates' 28 U.S.C. § 2254 petition for writ of habeas corpus is **DISMISSED** without prejudice due to his failure to comply with 28 U.S.C.§ 2244(b)(3)(A); and further, that the Petitioner is not entitled to a certificate of appealability, and thus, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **2nd** day of **July 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**