# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TODD JEFFREY GATES,** | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | CIVIL ACTION 1:21-00037-KD-B |
| **CHRISTOPHER GORDY,** | ) | |
| Respondent. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 18, 2021, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Petitioner's motion to alter, amend, or vacate (Doc. 12) is **DENIED.**

**DONE** and **ORDERED** this the **6th** day of **December 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**